| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 3:21-CR-561-N(1) |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | 3:25-cr-00183 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **Amber Marie Lopez**<br><br>(Middle District of Tennessee) | Northern District of Texas | Dallas Division |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Judge Barbara M. G. Lynn (transferred to Chief District Judge David C. Godbey on June 4, 2025) | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 05/08/2025 | TO 05/07/2027 |

| OFFENSE |
|---|
| Misprision of a Felony 18 U.S.C. § 4 |

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision
The defendant resided in the Middle District of Tennessee for the entirety of her pretrial release beginning in 2022 and the duration of her probation sentence. Additionally, she has a stable residence and employment in Tennessee. Ms. Lopez has no ties to the Northern District of Texas and does not plan on returning.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    NORTHERN    DISTRICT OF    TEXAS

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    Middle District of Tennessee    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 19, 2025
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    MIDDLE    DISTRICT OF    TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/22/25
*Effective Date*

*United States District Judge*